# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **CV 12-05615 RNB**                                              Date: **March 4, 2013**

Title:  **Melchor Elizarraras Duarte v. Michael J. Astrue, Commissioner of Social Security**

================================================================
**DOCKET ENTRY**
================================================================
PRESENT:

        HON. **ROBERT N. BLOCK**, UNITED STATES MAGISTRATE JUDGE

| Kerri Hays | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:
    None Present                                        None Present

**PROCEEDINGS:  (IN CHAMBERS)**

      It has come to the Court's attention that plaintiff failed to provide the Commissioner with plaintiff's written settlement proposal by the extended deadline of Tuesday, January 22, 2013.

      Plaintiff's counsel (Ms. McCabe) is therefore ORDERED to appear before the Court on Tuesday, March 19, 2013, at 10:00 a.m., in Courtroom 6D of the Ronald Reagan Federal Building and United States Courthouse in Santa Ana, and to be prepared at that time to show cause, if any exists, why the Court should not monetarily sanction her in the amount of $500 for her failure to comply with Section V, paragraph A of the Court's July 3, 2012 Case Management Order by the extended deadline.

      In addition, unless plaintiff's counsel has provided Government counsel with plaintiff's written settlement proposal prior to the March 19, 2013 hearing, plaintiff's counsel should be prepared to show cause, if any exists, why this action should not be dismissed for lack of prosecution.  If plaintiff's counsel does provide Government counsel with plaintiff's written settlement proposal prior to the March 19, 2013 hearing, the remaining schedule shall be as stated in Sections V and IX of the Case Management Order.